**STATE of Missouri, Respondent,**

v.

**Ronald G. BRAULT, Appellant.**

**No. WD 37873.**

Missouri Court of Appeals,
Western District.

March 31, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 1987.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of passing a bad check in violation of section 570.120.6 RSMo 1986, and sentence of ten years imprisonment as a persistent offender pursuant to sections 557.036.4 and 558.016 RSMo 1986.

Affirmed. Rule 30.25(b).